UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------

Marino Mraz,

      Plaintiff,

 -vs-

Northwest Airlines,
      Defendants.
---------------------------------

**ORDER**

Cv-05-2299(FB)(LB)

On September 23, 2005 the Court received notice that the defendant's in this action have filed for bankruptcy. Accordingly it is

IT IS ORDERED that the case is administratively closed, subject to reopening on the application of any party if the bankruptcy proceeding is terminated without disposing of the claims asserted therein.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       September 28, 2005

CC.: Marino Mraz, pro ose plaintiff
     Stephen Fearon, Esq.